Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  17–29913–JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C. Lemon
   aka John C. Lemon Jr.
   124 Heritage Loop
   Glassboro, NJ 08028

Social Security No.:
   xxx–xx–7045

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 7, 2017.

   On 7/16/2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               August 21, 2019
Time:               10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 17, 2019
JAN: kaj

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-29913-JNP
John C. Lemon                                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: 185               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db             +John C. Lemon,    124 Heritage Loop,    Glassboro, NJ 08028-3280
517180922      +American Homepatient,    PO Box 531673,    Atlanta, GA 30353-1673
517098810      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517571963       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517571964       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
517098812      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517098814      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517148469       Navient Solutions, LLC on behalf of,    Educational Credit Management,    Corporation,
                 PO BOX 16408,    St. Paul, MN 55116-0408
518332641      +Nicholas V. Rogers, Esq.,    Phelan Hallinan Diamond & Jones, PC,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
517098819      +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St 3rd Floor,    Harrisburg, PA 17102-1444
517132792      +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
517098820      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
517297890      +PNC Bank, National Association,    PO Box 94982,    Cleveland, Oh 44101-4982
517180923      +R.A. Pain Services, P.A.,    Po Box 4605,    Lancaster, PA 17604-4605
518332617      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517180924       Reconstructive Orthopedics, PA,    4A Eves Dr.,    Suite 100,    Marlton, NJ 08053
517098821      +Sandra T. Hall,    2316 Oakford St.,    Philadelphia, PA 19146
517098822      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517098824     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp.,    Po Box 8026,    Cedar Rapids, IA 52408)
517212847      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517185633      +Toyota Rewards Visa Card,    Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud MN 56302-7999
517098825      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 23:54:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 23:54:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517098811      +E-mail/Text: mrdiscen@discover.com Jul 17 2019 23:53:34      Discover Bank,    PO Box 3025,
                 New Albany, OH 43054-3025
517098813      +E-mail/Text: bknotice@ercbpo.com Jul 17 2019 23:54:28      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517571963       E-mail/Text: ECMCBKNotices@ecmc.org Jul 17 2019 23:54:17
                 Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517571964       E-mail/Text: ECMCBKNotices@ecmc.org Jul 17 2019 23:54:17
                 Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
517098815      +E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 23:53:56      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517298688       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 23:52:34
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517098816      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 00:05:29      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517098817      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 23:52:34
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517098818      +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2019 23:51:44      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
517200151       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 23:52:29
                 Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator,    POB 41067,    Norfolk VA 23541
517102747      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 23:52:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517098823      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 23:51:35      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Jul 17, 2019
                              Form ID: 185             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor John C. Lemon tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```