| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: **John C. Lemon** | Case No.: **17-29913** |
| | Adversary No.: |
| | Chapter: **13** |
| | Judge: **JNP** |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: __**John C. Lemon**, debtor_____
(Example: John Smith, creditor)

Old address:   125 Heritage Loop
               Glassboro, NJ 08028

New address:   PO Box 25
               Bellmawr, NJ 08031

New phone no.::   _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **June 23, 2022**                    /s/ **John C. Lemon**
                                           Signature

*rev. 8/1/2021*