| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

| In Re: | Case No. | **17-29913** |
| **John C. Lemon** | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **John C. Lemon**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **October 21, 2022**   /s/ John C. Lemon
                             **John C. Lemon**
                             Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*