**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John C. Lemon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7045<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17-29913-JNP | | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    John C. Lemon
    aka John C. Lemon Jr.

12/9/22                                                                  **By the court:** Jerrold N. Poslusny Jr.
                                                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
John C. Lemon  
    Debtor

Case No. 17-29913-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Lemon, PO Box 25, Bellmawr, NJ 08099-0025 |
| 517180922 | + | American Homepatient, PO Box 531673, Atlanta, GA 30353-1673 |
| 517148469 | | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518332641 | + | Nicholas V. Rogers, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517098820 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 517180923 | + | R.A. Pain Services, P.A., Po Box 4605, Lancaster, PA 17604-4605 |
| 517180924 | | Reconstructive Orthopedics, PA, 4A Eves Dr., Suite 100, Marlton, NJ 08053 |
| 517098821 | + | Sandra T. Hall, 2316 Oakford St., Philadelphia, PA 19146 |
| 517185633 | + | Toyota Rewards Visa Card, Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-7999 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517098810 | + | EDI: TSYS2 | Dec 10 2022 01:53:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517098811 | + | EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 517098813 | + | Email/Text: bknotice@ercbpo.com | Dec 09 2022 21:13:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517571963 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2022 21:13:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517571964 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2022 21:13:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517098812 | ^ | MEBN | Dec 09 2022 21:05:49 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517098814 | ^ | MEBN | Dec 09 2022 21:07:13 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517098815 | + | EDI: IRS.COM | Dec 10 2022 01:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517298688 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-29913-JNP    Doc 57    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 09 2022 21:11:21 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517098816 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517098817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:10 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517098818 | + | EDI: NAVIENTFKASMSERV.COM | Dec 10 2022 01:53:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517098819 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 517132792 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2022 21:12:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 517297890 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2022 21:12:00 | PNC Bank, National Association, PO Box 94982, Cleveland, Oh 44101 |
| 517200151 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator, POB 41067, Norfolk VA 23541 |
| 517098822 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 09 2022 21:12:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517102747 | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517098823 | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517098824 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 09 2022 21:12:00 | Toyota Motor Credit Corp., Po Box 8026, Cedar Rapids, IA 52408 |
| 517212847 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 09 2022 21:12:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517098825 | ^ | MEBN | Dec 09 2022 21:07:16 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518332617 | ##+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022         Signature:      /s/Gustava Winters

Case 17-29913-JNP    Doc 57    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor John C. Lemon tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5